UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOBBY W. WELLS,

          Plaintiff,

v.

MICHAEL ALBERTS, et al.,

          Defendants.

CASE NO. C13-5883 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court dismisses this action prior to service for the reasons stated in the Report and Recommendation. The Court finds this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(e)(1) and (g) because the action is dismissed for failure to state a claim. The court revokes in forma pauperis status for the purpose of appeal.

Dated this 2nd day January, 2014.

                                            */s/ Benjamin H. Settle*
                                        BENJAMIN H. SETTLE
                                        United States District Judge